# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE:  Docket Number 2019-CA-0283

Firestone Polymers, LLC and Bridgestone Americas
Tire Operations. LLC.

                    - - Versus - -

                                                    19th Judicial District Court
The Louisiana Department of Environmental            Case #: 664874
Ouality. et al.                                      East Baton Rouge Parish

On Application for Rehearing filed on 12/02/2019 by Firestone Polymers,
Rehearing _____ **DENIED** _____

_____
J. Michael McDonald

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

Date _DEC 1 9 2019_____

_____
Rodd Naquin, Clerk